IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALFONZO B. SALLEY,                )
                                  )
            Plaintiff             )
                                  )
      vs.                         )
                                  ) Civil Action No. 06-538
JEFFREY BEARD, et al.,            ) Judge Gary L. Lancaster/
                                  ) Magistrate Judge Amy Reynolds Hay
            Defendants            )

## ORDER

AND NOW, this 17th day of Aug, 2006, after the plaintiff, Alfonzo B. Salley, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the complaint is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

_____
GARY L. LANCASTER
United States District Judge

cc:  Honorable Amy Reynolds Hay
     United States Magistrate Judge

     Alfonzo B. Salley
     CC-6796
     SCI Greene
     175 Progress Drive
     Waynesburg, PA 15370